THE TIMKEN CO., PLAINTIFF *v.* UNITED STATES, DEFENDANT, AND L & S BEARING CO., PEER BEARING CO., AND SHANGHAI GENERAL BEARING CO., LTD., DEFENDANT-INTERVENORS

Court No. 97–03–00394

(Dated February 8, 2000)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") *Final Results of Redetermination Pursuant to Court Remand* ("Remand Results"), *Timken Co. v. United States,* 23 CIT 509, 59 F. Supp. 2d 1371 (1999), and Commerce having complied with the Court's remand, and no responses to the Remand Results having been submitted by the parties, it is hereby

ORDERED that the Remand Results filed by Commerce on December 13, 1999, are affirmed in their entirety; and it is further

ORDERED that since all other issues having been previously decided, this case is dismissed.

---

[18] Under § 1520(c)(1) and 19 C.F.R. § 173.4(b)(2), an importer is only entitled to relief when its clerical error, mistake of fact, or other inadvertence is "adverse to the importer." There is no dispute that this requirement was met in this case. *See* Plaintiff's and Defendant's Joint Statement Pursuant To The Court's Order of January 14, 2000 (stipulating that "in the event that the court determines that there was a mistake of fact by Plaintiff, the alleged mistake of fact was 'adverse to the importer' for purposes of 19 U.S.C. §1520(c)(1) and 19 C.F.R. §173.4(b)(2)"). Thus, there is no need to address this issue at trial.